No. 108. FARMERS & MERCHANTS STATE BANK OF WACO, APPELLANT, *v.* M. C. H. PARK, TRUSTEE OF THE SLAYDEN-KIRKSEY WOOLEN MILL, BANKRUPT. Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. Submitted March 16, 1916. Decided March 20, 1916. *Per Curiam.* Judgment affirmed with costs upon the authority of *First National Bank* v. *Littlefield*, 226 U. S. 110, 112; *Washington Securities Co.* v. *The United States*, 234 U. S. 76, 78; *Wright Blodgett Co.* v. *The United States*, 236 U. S. 397, 402; *National Bank of Athens* v. *Shackelford, Trustee*, 239 U. S. 81, 82, and cause remanded to the District Court of the United States for the Western District of Texas. *Mr. O. L. Stribling* for the appellant. *Mr. James D. Williamson, Mr. John Neethe* and *Mr. Rhodes S. Baker* for the defendant in error.